```
 1                    UNITED STATES DISTRICT COURT

 2                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
     UNITED STATES OF AMERICA,       )  Case No. 22-cr-2701-BAS
 4                                   )
                        Plaintiff,   )  August 16, 2024
 5         vs.                       )
                                     )  Trial Testimony of
 6   DONALD DANKS, JONATHAN DESTLER, )  Roy Theuri, Vol. 2
     and ROBERT LAZERUS,             )
 7                                   )
                        Defendants.  )
 8   _____)

 9

10
                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE CYNTHIA A. BASHANT
                      UNITED STATES DISTRICT JUDGE
12
                     VOLUME 2, PAGES 10 - 17
13

14

15

16                   (APPEARANCES ON NEXT PAGE)

17

18

19

20

21   REPORTED BY:

22   ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
     U.S. OFFICIAL COURT REPORTER
23   U.S. District Court Clerk's Office
     333 West Broadway, Suite 420
24   San Diego, California  92101

25   Reported stenographically; transcribed with CAT software.
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:        UNITED STATES ATTORNEY'S OFFICE
                                880 Front Street, Suite 6293
 3                              San Diego, California  92101
                                By:  JANAKI G. CHOPRA, AUSA
 4                                   NICHOLAS W. PILCHAK, AUSA

 5    FOR DEFENDANT             LAW OFFICES OF PATRICK Q. HALL
      DONALD DANKS:             501 West Broadway, Suite 730
 6                              San Diego, California  92101
                                By:  PATRICK Q. HALL, ESQ.
 7
      FOR DEFENDANT             SNELL & WILMER
 8    JONATHAN DESTLER:         12230 El Camino Real, Suite 300
                                San Diego, California  92130
 9                              By:  ANDREW P. YOUNG, ESQ.

10                              MILLER BARONDESS, LLP
                                2121 Avenue of the Stars, Suite 2600
11                              Los Angeles, California  90067
                                By:  LOUIS "SKIP" MILLER, ESQ.
12
      FOR DEFENDANT             LAW OFFICE OF MARTHA M. HALL
13    ROBERT LAZERUS:           555 West Beech Street, Suite 508
                                San Diego, California  92101
14                              By:  MARTHA M. HALL, ESQ.

15                              LAW OFFICE OF ADAM F. DOYLE
                                444 West C Street, Suite 310
16                              San Diego, California  92101
                                By:  ADAM F. DOYLE, ESQ.
17

18

19

20

21

22

23

24

25
```

# I N D E X

\*\*\*

### E X A M I N A T I O N S

| WITNESS | VOL. | PAGE | LINE |
|---|---|---|---|

*FOR THE DEFENSE:*

ROY THEURI

```
Direct by Ms. Hall ........................2     13     3
Cross by Mr. Pilchak ......................2     16    14
```

**ROY THEURI - DIRECT EXAM (MS. HALL)**

1                *FRIDAY, AUGUST 16, 2024, 1:05 P.M.*

2                        ***

3                 *DIRECT EXAMINATION (RESUMED)*

4 *BY MS. HALL:*

5 *Q.* Mr. Theuri, I'm going to take you back again to April 12th

6 of 2019. You recall -- after having your memory refreshed, you

7 recall making a trade based on a call coming in from

8 Mr. Lazerus?

9 *A.* That is correct.

10 *Q.* Okay. Can you describe for the jury what kind of a trade

11 you made, how many shares, and any special directions on the

12 trade?

13 *A.* **Yes. The trade is what we call a non-algo trade. It is a**

14 **special type of trade we use to source or provide liquidity.**

15 **The reason being Mr. Lazerus was selling a high quantity of**

16 **shares that would have otherwise affected the market, so we used**

17 **an algorithm. Specifically, it's called a "VWAP."**

18        *THE COURT:* Let me stop you there. I'm not sure I'm

19 understanding you. We don't have a good record at this point.

20        *MS. HALL:* Right.

21        *THE COURT:* So I need to see what he said. So what

22 we -- you call it a what?

23        *THE WITNESS:* V-W-A-P, Volume Weighted Average Price

24 trade.

25        *THE COURT:* Okay.

ROY THEURI - DIRECT EXAM (MS. HALL)

1  *BY MS. HALL:*

2  *Q.* Did you say that there was a particular algorithm that you
3  were using?
4  *A.* **That is correct.**
5  *Q.* And again, the acronym that you used for us, could you state
6  that again for me? I'm sorry.
7  *A.* **Yes. It's called a VWAP.**
8  *Q.* What exactly is a VWAP?
9  *A.* **So a VWAP is a trade that is sent to a market-maker. And**
10 **basically, what you're doing is you are disclosing your price**
11 **and not the size. And what that does, again, it is liquidity;**
12 **or rather, it helps you either buy or sell your shares without**
13 **impacting the market.**
14 *Q.* You said that you send the sell order, or you send the
15 shares to a market-maker.
16 *A.* **That is correct.**
17 *Q.* Is it the market-maker who makes the actual deal between the
18 buy order and the sell order?
19 *A.* **That is correct.**
20 *Q.* So you don't have the buyers and the sellers somehow coming
21 together themselves; right?
22 *A.* **No.**
23 *Q.* It's all done through this anonymous market-maker.
24 *A.* **The market maker is not anonymous because of the type of the**
25 **trade. In this case, we specifically sent it to Citadel because**

**ROY THEURI - DIRECT EXAM (MS. HALL)**

they're better equipped for this type of trade.

　　But essentially, Citadel assumes the risk of the trade, and they go ahead and find a way to offload the shares. In this case, since they are buying the shares, Mr. Lazerus is selling, Citadel is buying the shares. So it's up to them to find a buyer for the shares to offload the risk.

*Q.* Now, did you sell -- you said that you put in an order that day for 50,000 shares; is that right?

*A.* I believe it was about 3,500 shares, give or take.

*Q.* I'm sorry. 3,500 shares, give or take.

　　And was there a target price or a limit price on that?

*A.* Yes. Mr. Lazerus was looking to achieve a certain amount from the sale. And so the order was also a limit order, where he gets to specify his price at which he wants to sell the shares in order to achieve the amount that he was looking for.

*Q.* Did he want to sell over two days?

*A.* Yes. He placed two orders, one for that present day and another order for the following trading day, which was on a Monday.

*Q.* That would have been April 15th?

*A.* I believe so, yes.

*Q.* Tax day; right?

*A.* Yes.

*Q.* The only other question I had, I just wanted to make sure I covered this, is during your conversations with Mr. Lazerus, did

**ROY THEURI - CROSS-EXAM (MR. PILCHAK)**

1  you notice that sometimes he would use the wrong terminology or
2  the incorrect terminology?
3  **A. Yes, hundred percent. He actually threw me off by what he**
4  **tell me to do. The beginning of the call he wanted to --**
5  　　　　*MR. PILCHAK:* Objection. Hearsay.
6  　　　　*THE COURT:* Sustained.
7  　　　　*MS. HALL:* Thank you, Mr. Theuri.
8  　　　　*THE COURT:* Anything further from any of the defense?
9  　　　　*MR. YOUNG:* No.
10 　　　　*MR. HALL:* No, your Honor.
11 　　　　*THE COURT:* Any cross?
12 　　　　*MR. PILCHAK:* Just very briefly.
13
14 　　　　　　　　　　　*CROSS-EXAMINATION*
15 *BY MR. PILCHAK:*
16 *Q.* Good afternoon, sir.
17 **A. Good afternoon.**
18 *Q.* When you worked at TD Ameritrade, was it still
19 TD Ameritrade, or had it been purchased by Charles Schwab yet?
20 **A. No, it was still TD Ameritrade.**
21 *Q.* Okay. So you don't know someone named Nate Crow?
22 **A. No.**
23 *Q.* Okay.
24 　　　　*MR. PILCHAK:* I don't have any other questions,
25 your Honor. Thank you.

1       **THE COURT:** Thank you, sir.  You may be excused.

2   *(End of requested testimony.)*

3                                           \*\*\*

4                        *REPORTER'S CERTIFICATE*

5       I, Anne Roldan, certify that I am a duly qualified and acting Official Court Reporter for the United States

6   District Court, that the foregoing is a true and accurate transcript of the proceedings as taken by me in the

7   above-entitled matter on August 16, 2024; and that the format used complies with the rules and requirements of the United

8   States Judicial Conference.

9   Date:  October 3, 2024

10

11   *Anne Roldan, RMR, CRR, CSR 13095*